```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUANA CRUZ AND HUMBERTO GUERRA, individually and on behalf of others similarly situated,

     Plaintiff,

-against-

LA LOMITA MEXICAN DELI CORP. (DBA AS LA LOMITA), MAYRA PEREZ, MARIA PEREZ, AND ALBINO PEREZ

     Defendant.

---

1:21-cv-07780-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

  In their Proposed Case Management Plan and Scheduling Order filed December 8, 2021, [ECF No. 16], the parties consent to conduct all further proceedings before a Magistrate Judge, including motions and trial. As such, the initial pretrial conference scheduled for December 14, 2021 at 11:30 AM is ADJOURNED.

**SO ORDERED.**

**Date: December 9, 2021**
    **New York, NY**

              _____
               **MARY KAY VYSKOCIL**
               **United States District Judge**