UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JUAN CRUZ and HUMBERTO GUERRA,  :
individually and on behalf of others similarly  :
situated,  :
                                                                                                                                                                                                      21-CV-7780 (OTW)
                       Plaintiffs,  :                                  **ORDER**
                       -against-  :

LA LOMITA MEXICAN DELI CORP. et al.,  :

                     Defendants.  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

    The Court is sorry to hear of Mr. Angrisani's passing. Plaintiffs' counsel is directed to reach out to someone at Rios Law Firm, and file a letter on April 15, 2022, providing the Court with an update as to how the parties want to proceed. If another attorney at Rios Law firm will be representing Defendants, that attorney must file a notice of appearance.

    **SO ORDERED.**

_s/ Ona T. Wang_
Dated: March 15, 2022                                                   **Ona T. Wang**
      New York, New York                             United States Magistrate Judge