UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JUAN CRUZ and HUMBERTO GUERRA,
individually and on behalf of others similarly situated,

        Plaintiffs,

        -against-

LA LOMITA MEXICAN DELI CORP. et al.,

        Defendants.
------------------------------------------------------------x

21-CV-7780 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Having been advised that the parties have reached a settlement, ECF 28, the parties shall jointly submit a proposed settlement agreement for approval by **September 12, 2022**. The parties shall attach to the executed settlement agreement a joint letter motion explaining why the settlement agreement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The letter motion should provide sufficient detail on the method used to determine the settlement amount as well as detailed billing records to support any claim for attorney's fees.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: August 16, 2022                                       **Ona T. Wang**
       New York, New York                      United States Magistrate Judge